[No. 7718–3–II.   Division Two.   April 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROL GOODSPEED, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–1–00024–7, John W. Schumacher, J., entered April 9, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7222–0–II.   Division Two.   April 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SARA H. TINNER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59650, Thomas A. Swayze, Jr., J., entered July 28, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[Nos. 6830–7–III; 7181–2–III.   Division Three.   April 8, 1986.]

MICHIGAN NATIONAL BANK, *Respondent,* v. ANNIKKI OLSON, *Individually and as Personal Representative, Appellant.*

Appeals from judgments of the Superior Court for Yakima County, No. 83–2–00748–7, Walter A. Stauffacher, J, entered November 16, 1984, and May 24, 1985. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J. Now published at 44 Wn. App. 898.